OHIO ACADEMY OF NURSING HOMES, INC., APPELLEE,
*v.* BARRY, DIRECTOR, ET AL., APPELLANTS.

[Cite as *Ohio Academy of Nursing Homes,
Inc. v. Barry* (1994), 71 Ohio St.3d 5.]

(No. 93–1411—Submitted October 12, 1994—Decided November 16, 1994.)

*Geoffrey E. Webster; Terry Tataru Co., L.P.A.,* and *Terry Tataru,* for appellee.

*Lee Fisher,* Attorney General; *Climaco, Climaco, Seminatore, Lefkowitz & Garofoli Co., L.P.A., Paul S. Lefkowitz, Kenneth F. Seminatore* and *Jack D. Maistros,* for appellants.

*Peter E. Van Runkle,* urging affirmance for *amicus curiae,* Ohio Health Care Association.

The judgment of the court of appeals is affirmed. The issue presented in this appeal has been decided in the previous appeal of this cause, *Ohio Academy of Nursing Homes, Inc. v. Barry* (1990), 56 Ohio St.3d 120, 564 N.E.2d 686. See, also, *Ohio Hosp. Assn. v. Ohio Dept. of Human Serv.* (1991), 62 Ohio St.3d 97, 579 N.E.2d 695.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and PFEIFER, JJ., concur.

F.E. SWEENEY, J., dissents and would reverse the court of appeals.